428 A.2d 696

Commonwealth v. Williams, Appellant.

Submitted December 6, 1979. Brian R. Williams, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.